

AUSA Wesley A. Morrissette (312) 353-5306

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

WHIT'LEE LAURIE AMARI MILLER

Case No.: 25 CR 648

Hon. MARIA VALDEZ
Magistrate Judge

## AFFIDAVIT IN REMOVAL PROCEEDING

I, LEAH MURPHY, appearing before United States Magistrate Judge MARIA VALDEZ by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that WHIT'LEE LAURIE AMARI MILLER has been charged by Indictment in the District of Montana, Butte Division, with the following criminal offenses: Conspiracy to Possess with the Intent to Distribute Oxycodone, Possession with Intent to Distribute Oxycodone, Use of Fraudulent Prescriptions to Obtain Controlled Substances, and Criminal Forfeiture in violation of Title 21 United States Code, Section 846; Title 21 United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2; Title 21 United States Code, Section 843(a)(3) and 846 and Title 18 United States Code, Section 2; Title 21 United States Code, Section 853(a)(1) and (2) and Title 21 United States Code, Section 881(a)(7) and (11).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

Leah Murphy by MV
_____
LEAH MURPHY
Deputy U.S. Marshal
United States Marshals Service


SWORN TO AND AFFIRMED by telephone this 8th day of October, 2025.

_____
MARIA VALDEZ
United States Magistrate Judge

RECEIVED USMS D/MT
28 AUG '25 PM4:14

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-25-34-BU-DLC-3 |
| Plaintiff, | **WARRANT FOR ARREST** |
| vs. | |
| WHIT'LEE LAURIE AMARI MILLER, | TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |
| Defendant. | |

YOU ARE HEREBY COMMANDED to arrest WHIT'LEE LAURIE AMARI MILLER and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging WHIT'LEE LAURIE AMARI MILLER with Conspiracy to Possess with the Intent to Distribute Oxycodone, Possession with Intent to Distribute Oxycodone, Use of Fraudulent Prescriptions to Obtain Controlled Substances, and Criminal Forfeiture in violation of Title 21 United States Code, Section 846; Title 21 United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2; Title 21 United States Code, Section 843(a)(3) and 846 and Title 18 United States Code, Section 2; Title 21 United States Code, Section 853(a)(1) and (2) and Title 21 United States Code, Section 881(a)(7) and (11).

Assigned to: Ryan G. Weldon

_Sarah Nagy_
Sarah Nagy, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE KATHLEEN L. DESOTO
Missoula, Montana

**BAIL FIXED AT NONE.**
Date of Issue: August 27, 2025

| RETURN | | |
|---|---|---|
| **DATE RECEIVED:** | **LOCATION:** | |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | | |
| **DATE OF ARREST:** | | **Craig Anderson** |
| **LOCATION:** | | **UNITED STATES MARSHAL** |
| **By:** | Deputy U.S. Marshal | |

RYAN G. WELDON
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front, Suite 401
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
Email: Ryan.Weldon@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

AUG 27 2025
Clerk, U.S. Courts
District of Montana
Missoula Division

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRANDON LAVELLE WINFREY, *aka Juice*, <br> JAYLAN JAVIER WASH, <br> WHIT'LEE LAURIE AMARI MILLER, <br> DAMIAWN RAYSHAWN JOE JONES, <br> KAHMYA LATRICE BROWN, <br> TORINZO LAMONT HARPER, <br> ALIZE HYDEIA GIST, and <br> MARY ELLEN JOHNSON, <br><br> Defendants. | CR 25- 34 -BU- DLC <br><br> INDICTMENT <br><br> CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE OXYCODONE <br> (Count 1) <br> Title 21 U.S.C. § 846 <br> (Penalty: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release) <br><br> POSSESSION WITH INTENT TO DISTRIBUTE OXYCODONE <br> (Count 2) <br> Title 21 U.S.C. § 841(a)(1) and <br> Title 18 U.S.C. § 2 <br> (Penalty: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release) |

1

| | **USE OF FRAUDUELNT PRESCRIPTIONS TO OBTAIN CONTROLLED SUBSTANCES** (Counts 3-42) Title 21 U.S.C. §§ 843(a)(3) and 846 Title 18 U.S.C. § 2 (Penalty: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release)<br><br>**CRIMINAL FORFEITURE** Title 21 U.S.C. §§ 853(a)(1) and (2) Title 21 U.S.C. §§ 881(a)(7) and (11)<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That beginning in or about August 2023, and continuing until in or about July 2025, at Great Falls, Whitefish, Kalispell, Columbia Falls, Bozeman, Lolo, Missoula, Belgrade, Helena, and Billings, within Cascade, Flathead, Gallatin, Missoula, Lewis and Clark, and Yellowstone Counties, in the State and District of Montana, and elsewhere, including Illinois, Mississippi, and Idaho, the defendants, BRANDON LAVELLE WINFREY, *aka Juice*, JAYLAN JAVIER WASH, WHIT'LEE LAURIE AMARI MILLER, DAMIAWN RAYSHAWN JOE JONES, KAHMYA LATRICE BROWN, TORINZO LAMONT HARPER, ALIZE HYDEIA GIST, and MARY ELLEN JOHNSON, knowingly and unlawfully conspired with each other, and with others both known and unknown to the Grand

Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT 2

That beginning in or about August 2023, and continuing until in or about July 2025, at Great Falls, Whitefish, Kalispell, Columbia Falls, Bozeman, Lolo, Missoula, Belgrade, Helena, and Billings, within Cascade, Flathead, Gallatin, Missoula, Lewis and Clark, and Yellowstone Counties, in the State and District of Montana, and elsewhere, including Illinois, Mississippi, and Idaho, the defendants, BRANDON LAVELLE WINFREY, *aka Juice*, JAYLAN JAVIER WASH, WHIT'LEE LAURIE AMARI MILLER, DAMIAWN RAYSHAWN JOE JONES, KAHMYA LATRICE BROWN, TORINZO LAMONT HARPER, ALIZE HYDEIA GIST, and MARY ELLEN JOHNSON, knowingly and unlawfully possessed, with the intent to distribute, oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), and aided and abetted the same, in violation of 18 U.S.C. § 2.

## COUNT 3

That beginning in or about August 2023, and continuing until in or about July 2025, at Great Falls, Whitefish, Kalispell, Columbia Falls, Bozeman, Lolo, Missoula, Belgrade, Helena, and Billings, within Cascade, Flathead, Gallatin, Missoula, Lewis and Clark, and Yellowstone Counties, in the State and District of

Montana, and elsewhere, including Illinois, Mississippi, and Idaho, the defendants, BRANDON LAVELLE WINFREY, *aka Juice*, and JAYLAN JAVIER WASH, knowingly and intentionally acquired and obtained possession of a controlled substance, and attempted to do so, by misrepresentation, fraud, forgery, deception, and subterfuge, by presenting a fraudulent prescription to a pharmacy, in violation of 21 U.S.C. §§ 843(a)(3) and 846, and aided and abetted the same, in violation of 18 U.S.C. § 2.

## COUNTS 4-9

That in or about October 2023, at Whitefish, Kalispell, and Columbia Falls, in Flathead County, in the State and District of Montana, the defendant, WHIT'LEE LAURIE AMARIE MILLER, knowingly and intentionally acquired and obtained possession of a controlled substance, and attempted to do so, by misrepresentation, fraud, forgery, deception, and subterfuge, by presenting a fraudulent prescription to a pharmacy, as outlined in the table below, in violation of 21 U.S.C. §§ 843(a)(3) and 846, and aided and abetted the same, in violation of 18 U.S.C. § 2.

| Count | Date | Location | Pharmacy | Controlled Substance |
|---|---|---|---|---|
| 4 | 10/10/2023 | Whitefish | Alpine Apothecary | Promethazine-Codeine |
| 5 | 10/10/2023 | Kalispell | Osco | Oxycodone |
| 6 | 10/10/2023 | Whitefish | Safeway | Oxycodone |
| 7 | 10/10/2023 | Kalispell | Smiths | Oxycodone |
| 8 | 10/10/2023 | Columbia Falls | Beargrass | Promethazine-Codeine |

| 9 | 10/10/2023 | Columbia Falls | Smiths | Oxycodone |

## COUNTS 10-16

That in or about November 2023, at Great Falls, Helena, and Bozeman, in Cascade, Gallatin, Lewis and Clark, and Yellowstone Counties, in the State and District of Montana, the defendant, KAHMYA LATRICE BROWN, knowingly and intentionally acquired and obtained possession of a controlled substance, and attempted to do so, by misrepresentation, fraud, forgery, deception, and subterfuge, by presenting a fraudulent prescription to a pharmacy, as outlined in the table below, in violation of 21 U.S.C. §§ 843(a)(3) and 846, and aided and abetted the same, in violation of 18 U.S.C. § 2.

| Count | Date | Location | Pharmacy | Controlled Substance |
|-------|------|----------|----------|----------------------|
| 10 | 11/3/2023 | Great Falls | CVS | Oxycodone |
| 11 | 11/3/2023 | Great Falls | Clinic | Promethazine-Codeine |
| 12 | 11/3/2023 | Great Falls | Plaza United | Promethazine-Codeine |
| 13 | 11/3/2023 | Great Falls | Albertsons | Oxycodone |
| 14 | 11/13/2023 | Helena | Albertsons | Oxycodone |
| 15 | 11/13/2023 | Helena | Safeway | Oxycodone |
| 16 | 11/13/2023 | Bozeman | Western Drug | Promethazine-Codeine |

## COUNTS 17-18

That in or about November 2023, at Whitefish and Columbia Falls, in Flathead County, in the State and District of Montana, the defendant, DAMIAWN

5

RAYSHAWN JOE JONES, knowingly and intentionally acquired and obtained

possession of a controlled substance, and attempted to do so, by misrepresentation,

fraud, forgery, deception, and subterfuge, by presenting a fraudulent prescription to

a pharmacy, as outlined in the table below, in violation of 21 U.S.C. §§ 843(a)(3)

and 846, and aided and abetted the same, in violation of 18 U.S.C. § 2.

| Count | Date | Location | Pharmacy | Controlled Substance |
|-------|------|----------|----------|----------------------|
| 17 | 11/20/2023 | Whitefish | Alpine Apothecary | Promethazine-Codeine |
| 18 | 11/20/2023 | Columbia Falls | Beargrass | Promethazine-Codeine |

COUNTS 19-28

That beginning in or about September 2023 and continuing until in or about

December 2023, at Great Falls and Bozeman, in Cascade and Gallatin Counties, in

the State and District of Montana, the defendant, ALIZE HYDEIA GIST,

knowingly and intentionally acquired and obtained possession of a controlled

substance, and attempted to do so, by misrepresentation, fraud, forgery, deception,

and subterfuge, by presenting a fraudulent prescription to a pharmacy, as outlined in

the table below, in violation of 21 U.S.C. §§ 843(a)(3) and 846, and aided and

abetted the same, in violation of 18 U.S.C. § 2.

| Count | Date | Location | Pharmacy | Controlled Substance |
|-------|------|----------|----------|----------------------|
| 19 | 9/13/2023 | Great Falls | Albertsons | Oxycodone |
| 20 | 9/13/2023 | Great Falls | Albertsons | Oxycodone |

| 21 | 9/13/2023 | Great Falls | Smith's | Oxycodone |
| 22 | 9/13/2023 | Great Falls | Plaza United | Promethazine-Codeine |
| 23 | 9/13/2023 | Great Falls | CVS | Oxycodone |
| 24 | 9/13/2023 | Great Falls | Clinic | Promethazine-Codeine |
| 25 | 12/8/2023 | Bozeman | Rosauers | Oxycodone |
| 26 | 12/8/2023 | Bozeman | Price Rite | Promethazine-Codeine |
| 27 | 12/8/2023 | Bozeman | Smith's | Oxycodone |
| 28 | 12/8/2023 | Bozeman | Western Drug | Promethazine-Codeine |

COUNTS 29-33

That beginning in or about October 2023, at Great Falls, in Cascade County, in the State and District of Montana, the defendant, TORINZO LAMONT HARPER, knowingly and intentionally acquired and obtained possession of a controlled substance, and attempted to do so, by misrepresentation, fraud, forgery, deception, and subterfuge, by presenting a fraudulent prescription to a pharmacy, as outlined in the table below, in violation of 21 U.S.C. §§ 843(a)(3) and 846, and aided and abetted the same, in violation of 18 U.S.C. § 2.

| Count | Date | Location | Pharmacy | Controlled Substance |
|---|---|---|---|---|
| 29 | 10/4/2023 | Great Falls | Albertsons | Oxycodone |
| 30 | 10/4/2023 | Great Falls | Albertsons | Oxycodone |
| 31 | 10/4/2023 | Great Falls | CVS | Oxycodone |
| 32 | 10/4/2023 | Great Falls | Plaza United | Promethazine-Codeine |
| 33 | 10/4/2023 | Great Falls | Clinic Pharmacy | Promethazine-Codeine |

7

COUNTS 34-42

That beginning in or about August 2023, at Great Falls and Missoula, in

Cascade and Missoula Counties, in the State and District of Montana, the

defendant, MARY ELLEN JOHNSON, knowingly and intentionally acquired and

obtained possession of a controlled substance, and attempted to do so, by

misrepresentation, fraud, forgery, deception, and subterfuge, by presenting a

fraudulent prescription to a pharmacy, as outlined in the table below, in violation of

21 U.S.C. §§ 843(a)(3) and 846, and aided and abetted the same, in violation of 18

U.S.C. § 2.

| Count | Date | Location | Pharmacy | Controlled Substance |
|---|---|---|---|---|
| 34 | 8/21/2023 | Great Falls | Smith's | Oxycodone |
| 35 | 8/21/2023 | Great Falls | CVS | Oxycodone |
| 36 | 8/21/2023 | Great Falls | Plaza United | Promethazine-Codeine |
| 37 | 8/21/2023 | Great Falls | Clinic | Promethazine-Codeine |
| 38 | 8/21/2023 | Great Falls | Albertsons | Oxycodone |
| 39 | 8/21/2023 | Great Falls | Albertsons | Oxycodone |
| 40 | 8/22/2023 | Missoula | Lolo Drug | Promethazine-Codeine |
| 41 | 8/23/2023 | Missoula | Missoula | Promethazine-Codeine |
| 42 | 8/23/2023 | Missoula | Granite | Promethazine-Codeine |

## FORFEITURE ALLEGATION

Upon conviction of any offense set forth in this indictment, the defendants, BRANDON LAVELLE WINFREY, *aka Juice*, JAYLAN JAVIER WASH, WHIT'LEE LAURIE AMARI MILLER, DAMIAWN RAYSHAWN JOE JONES, KAHMYA LATRICE BROWN, TORINZO LAMONT HARPER, ALIZE HYDEIA GIST, and MARY ELLEN JOHNSON, shall forfeit, pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. §§ 881(a)(7) and (11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
For KURT G. ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

9

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT     CASE NO.  CR 25-34-BU-DLC-3

Matter Sealed: ☐ Juvenile  ☑ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment
☐ Charges/Counts Added
☐ Information

USA vs.

Defendant: WHIT'LEE LAURIE AMARI MILLER

Address:   718 Clark Avenue
Jefferson City, MO 65101

**Name of District Court, and/or Judge/Magistrate Location (City)**

UNITED STATES DISTRICT COURT     Great Falls
DISTRICT OF MONTANA          Divisional Office

Name and Office of Person Furnishing Information on THIS FORM
Megan Williams, Paralegal
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (406) 829-3334

Name of Asst. U.S. Attorney (if assigned)   Ryan G. Weldon

☐ Interpreter Required    Dialect: _____

Birth Date  1/6/2004     ☐ Male   ☐ Alien
☑ Female  (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Special Agent Stephanie Fillinger (FBI)

Social Security Number  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

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense | Great Falls, MT and Others  County  Cascade, Etc.

**DEFENDANT**

Issue:  ☑ Warrant   ☐ Summons

Location Status:

Arrest Date_____ or Date Transferred to Federal Custody_____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts 8

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 21 USC 846 | Conspiracy to PWID Oxycodone (Count 1) | ☒ Felony ☐ Misdemeanor |
| 2 | 21 USC 841(a)(1); 18 USC 2 | PWID Oxycodone (Count 2) | ☒ Felony ☐ Misdemeanor |
| 4-9 | 21 USC 843(a)(3), 846; 18 USC 2 | Use of Fraud.Prescriptions to Obtain CS (Counts 4-11) | ☒ Felony ☐ Misdemeanor |
|  | 21 USC 853(a)(1)&(2); 21 USC 881(7)&(11) | Forfeiture Allegation | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |